UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:23-CR-58-HAB |
| ) | |
| PETRU-RAZVAN BRUMA, ) | |
| ) | |
| Defendant. ) | |

**OPINION AND ORDER**

Defendant, proceeding pro se, moved for the release of his personal property seized from a traffic stop that resulted in Defendant's arrest on October 4, 2023. (ECF No. 61). He claims he has never received an inventory list for the rental vehicle's contents and has never been informed about the location of his personal belongings. (*Id.*). Defendant is mistaken. The Government disclosed an inventory of the rental car to Defendant's prior attorney on December 20, 2023, and again to Defendant on October 17, 2024, as he began representing himself. (ECF No. 70). The inventory notes that within the vehicle was a suitcase containing clothing, a spare tire, car parts, and a flashlight. (*Id.*). The only item retained by law enforcement was a pair of black plastic sunglasses which was noted on a property receipt that the Government provided to Defendant's prior attorney on February 15, 2023, and again to Defendant on October 17, 2024. (*Id.*).

The rental car containing Defendant's personal belongings was towed from the traffic stop and returned to the rental company. His belongings were still in the vehicle apart from the sunglasses. Should Defendant wish to determine his personal belongings' whereabouts, he would need to contact the rental company because the Government no longer possesses them. The Court thus DENIES Defendant's request for release and return of his personal belongings (ECF No. 61).

SO ORDERED on November 6, 2024.

                                              s/ Holly A. Brady  
                                            CHIEF JUDGE HOLLY A. BRADY  
                                            UNITED STATES DISTRICT COURT